# Order

Michigan Supreme Court
Lansing, Michigan

September 24, 2014

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

148741

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v                                                    SC: 148741
                                                     COA: 317110
                                                     Gladwin CC: 01-006657-FY
JAMES ALLEN BURKEEN,
        Defendant-Appellant.

_____/

        On order of the Court, the application for leave to appeal the January 30, 2014 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.





        I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 24, 2014

d0917

Clerk